```
LAWRENCE G. BROWN
Acting United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-00207 OWW |
| ) | |
| Plaintiff, ) | MOTION FOR DISMISSAL OF |
| ) | INDICTMENT WITHOUT PREJUDICE |
| v. ) | |
| ) | |
| JAVIER ESPINOSA-TRIGUERO ) | |
| aka Javier Francisco ) | |
| Espinosa, ) | |
| ) | |
| Defendant. ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests that the Indictment filed herein be dismissed as to defendant JAVIER ESPINOSA-TRIGUERO, in the interest of justice.

DATED: June 9, 2009            Respectfully submitted,

                               LAWRENCE G. BROWN
                               Acting United States Attorney


                               By: /s/ Susan Phan
                               SUSAN PHAN
                               Assistant U.S. Attorney

```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SUSAN PHAN
    Assistant U.S. Attorney
 3  4401 Federal Courthouse
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
10
11
12  UNITED STATES OF AMERICA,    )    1:09-CR-00207 OWW
                                 )
13              Plaintiff,       )
                                 )    ORDER FOR DISMISSAL OF
14       v.                      )    INDICTMENT WITHOUT PREJUDICE
                                 )
15  JAVIER ESPINOSA-TRIGUERO     )
       aka Javier Francisco      )
16        Espinosa,              )
                                 )
17              Defendant.       )
                                 )
18
19       Pursuant to the motion by the United States, IT IS HEREBY
20  ORDERED that the Indictment filed herein be dismissed against
21  defendant JAVIER ESPINOSA-TRIGUERO without prejudice and in the
22  interest of justice.
23
24  IT IS SO ORDERED.
25
    Dated:   June 11, 2009              /s/ Oliver W. Wanger
26                                    UNITED STATES DISTRICT JUDGE
27
28
```